# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,          :

    Plaintiff,                    Case No. 3:15MJ00294

                                    :

    -vs-                           :       Chief Magistrate Judge Sharon L. Ovington

JOSEPH RAYMOND GRAY,               :

    Defendant.                     :

## BINDOVER ORDER

This matter was set for preliminary examination on September 10, 2015. Defendant appeared with counsel. Upon the evidence adduced, the Court finds there is probable cause to believe Defendant committed the offense alleged in the Complaint and orders that he be bound over to the grand jury to answer the charge.


September 22, 2015                                  s/ Sharon L. Ovington
                                                                                          Sharon L. Ovington
                                                       Chief United States Magistrate Judge